```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC#:
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 1-13-22
```

UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-                         17-CR-21 (ALC)

KENDRICK MC CRAY,                     **ORDER**

                  Defendant.

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 21, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
            January 13, 2022

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**