```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC#: _____
                                            DATE FILED: 1-21-22
```

-------------------------------------x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -against-                    :         **ORDER**
                                     :
                                     :
KENDRICK Mc CRAY                     :         17-CR-21 (ALC)
                                     :         _____
                                     :           Docket #
-------------------------------------x

Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
     Judge's Name

The C.J.A. attorney assigned to this case
  Matthew Daniel Myers
_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

                        A. James Bell
matter is assigned to _____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                                        SO ORDERED.

                                        /s/ Andrew L. Carter
                                        _____
                                        UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         January 21, 2022