USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/2/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                       Plaintiff,

      -against-

KENDRICK Mc CRAY,

                       Defendant.

-------------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **February 3, 2022** at **11:00 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
              February 2, 2022

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**