```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-21-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

KENDRICK MC CRAY,

                Defendant.

-------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **April 20, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
             March 21, 2022

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge