```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

       -against-

KENDRICK MC CRAY,

                Defendant.

------------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Status Conference set for April 20, 2022 is adjourned to **May 3, 2022** at **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
             April 5, 2022

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**