USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-4-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

KENDRICK MC CRAY,

                Defendant.

-----------------------------------------------------------------x

17-CR-21 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

Today's in-person Sentencing on a violation of supervised release is converted to a Telephone Sentencing. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
          August 4, 2022

                                      ANDREW L. CARTER, JR.
                                      United States District Judge